FILED

2015 Dec-01  PM 02:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

JWV/JMH/MKB:  DEC 2015
GJ# 12

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.** |
| | ) | |
| **STEVEN ZARNOCH** | ) | |

## INDICTMENT

### COUNT ONE
### [Interstate Stalking - 18 U.S.C. § 2261A(2)]

The Grand Jury charges that:

Between on or about August 1, 2015, and October 31, 2015, within the Northern District of Alabama and elsewhere, the defendant,

## STEVEN ZARNOCH,

a resident of New York, did knowingly harass and with intent to harass use the mail and other facilities of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Jane Doe, a resident of the State of Alabama, all in violation of Title 18, United States Code, Section 2261A(2).

A TRUE BILL.

/s/_____
FOREPERSON OF THE GRAND JURY

JOYCE WHITE VANCE
United States Attorney

/s/_____
JACQUELYN M. HUTZELL
Assistant United States Attorney

/s/_____
MANU BALACHANDRAN
Assistant United States Attorney